GAYLE Z. COMBS, as Administrator of the Estate of ARNEY VAN DEWATER, Deceased, Respondent, v. CARL FREY et al., Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GAYLE Z. COMBS, as Administrator of the Estate of FLORA E. COMBS, Deceased, Respondent, v. CARL FREY et al., Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

EARL SHEWMAN, Respondent, v. CARL FREY et al., Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ROY VAN DEWATER, Respondent, v. CARL FREY et al., Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ILA D. SHEWMAN, Respondent, v. CARL FREY et al., Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ARTHUR KIRCHGESSNER, Respondent, v. JOSEPH LOHRMANN, Appellant, et al., Defendants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

FRANCES KIRCHGESSNER, Respondent, v. JOSEPH LOHRMANN, Appellant, et al., Defendants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.